UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 07-652 JVS (ANx) | Date | March 21, 2008 |
| Title | Chau v. District Director Jane Arellano | | |

Present: The Honorable   James V. Selna

| | |
|---|---|
| S. Mikhail for Karla J. Tunis | Not Present |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   Order to Show Cause re. Failure to File Joint Report

      A Scheduling Conference in this matter has been set for March 24, 2008. The Scheduling Conference is ordered off calendar. The Local Rule requires a single, joint report, but the Court only has the defendants' Unilateral Report. L.R. 26-1.

      The parties are directed to show cause at 10:00 a.m. April 7, 2007 why the Court should not strike the complaint for failure to comply with the local rules or otherwise sanction the parties and/or counsel. A written response is due April 2, 2008. In lieu of separate responses, the parties may file a joint report which conforms with the Local Rules and the Order setting the Scheduling Conference by the same date. The parties shall include Exhibit A properly completed.

      The Court will conduct a hearing on this order to show cause at 10:00 a.m. April 7, 2008. If a complying joint report is filed, the Court will convert the hearing into a Scheduling Conference.

|  |  |  |
|---|---|---|
|  | 0 : 00 |  |
|  | Initials of Preparer  sdm |  |