JS-6

GARY H. MANULKIN (Cal. Bar No. 41469)
REYNA M. TANNER (Cal. Bar No. 197931)
e-mail: reynatanner@yahoo.com
Cal. Bar No. 197931
Law Offices of Manulkin, Glaser & Bennett
10175 Slater Avenue, Suite 111
Fountain Valley, CA 92708
Telephone: 714-963-8951
Facsimile: 714-968-4948

Attorneys for Plaintiff/Petitioner.

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF

CALIFORNIA DIVISION

| | |
|---|---|
| Thanh The Chau,<br><br>Plaintiff,<br><br>vs.<br><br>District Director Jane Arellano of the USCIS, etc., et al,<br><br>Defendants/Respondents. | Case No.: SACV 07-0652 JVS(ANx)<br><br>JUDGMENT<br><br>Honorable James V. Selna |

    Plaintiff's Motion for Summary Judgment was heard on October 27, 2008 before the Honorable James V. Selna, United States District Court Judge. The Court having considered the pleadings, memorandum, evidence and oral argument presented to

JUDGMENT
Page 1

1  the Court, and in accordance with the Statement of
2  Uncontroverted Facts and Conclusions of Law entered herein,
3      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the
4  Government's Motion for Summary Judgment be denied.  Plaintiff's
5  
6  Motion for Summary Judgment is granted in part and denied in
7  part.  Remand is ordered to the United States Citizenship and
8  Immigration Service for an additional N-336 hearing to determine
9  whether Plaintiff has the good moral character required for
10 naturalization to be determined in accordance with this Court's
11 decision.
12 
13 
14 DATED:    October 31, 2008
15 
16 
17 
18 _____
19                                 James V. Selna
                                   United States District Judge
20 
21 Presented by:
22 
23 
24 Gary H. Manulkin
   Reyna M. Tanner
25 Attorneys for Plaintiff

JUDGMENT
Page 2